IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Haley Ellen Hunt, | ) | Civil Action No. 8:14-cv-03640-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Eddie Radwanski, Siri Mullinix, Jeff | ) | **NOTICE OF FILING** |
| Robbins, Marvin Carmichael, Terry Don | ) | **ACCEPTANCES OF SERVICES** |
| Phillips, Kyle Young, John Does 1-10, | ) | |
| Maddy Elder, Heather Marik, Brittany | ) | |
| Beaumont, Tabitha Padgett, Maggie | ) | |
| Murphy, Lauren Arnold, Erica Kim, | ) | |
| Emily Tatum, Deana Sherry, Vanessa | ) | |
| Laxgang, Ashlynne Bass, Jessica | ) | |
| Stephens, Hailey Karg and Morgan Hert, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Haley Ellen Hunt hereby files the attached Acceptances of Services for service on Charles Turner and Wilson Sheldon on behalf of Defendants Eddie Radwanksi, Siri Mullinix and Jeff Robbins on September 9, 2014; for service on Amy Snyder and Trey Still on behalf of Defendants Marvin Carmichael, Terry Don Phillips, Kyle Young and John Does 1- 10 on September 8, 2014; and for service on Beattie Ashmore on behalf of Defendant Vanessa Laxgang on September 11, 2014, of the Civil Cover Sheet, Summons, Complaint, First Set of Requests for Production, First Set of Interrogatories and First Set of Requests for Admission.

s/ E. Brandon Gaskins
Robert E. Sumner, IV (Fed Bar No. 10215)
E. Brandon Gaskins (Fed Bar No.09507)
Lesley A. Firestone (Fed Bar No. 11719)
MOORE & VAN ALLEN PLLC
78 Wentworth Street
Charleston, SC  29401
Telephone:  843-579-7000
Facsimile:  843-579-8743
robertsumner@mvalaw.com
brandongaskins@mvalaw.com
lesleyfirestone@mvalaw.com

*Attorneys for the Plaintiff*

Charleston, SC

September 17, 2014