UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| HALEY ELLEN HUNT,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE RADWANSKI, SIRI MULLINIX, JEFF ROBBINS, MARVIN CARMICHAEL, TERRY DON PHILLIPS, KYLE YOUNG, JOHN DOES 1-10, MADDIE ELDER, HEATHER MARIK, BRITTANY BEAUMONT, TABITHA PADGETT, MAGGIE MURPHY, LAUREN ARNOLD, ERICA KIM, EMILY TATUM, DEANA SHERRY, VANESSA LAXGANG, ASHLYNNE BASS, JESSICA STEPHENS, HAILEY KARG AND MORGAN HERT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:14-cv-03640-BHH<br>)<br>)<br>)<br>) **CONSENT ORDER GRANTING**<br>) **SUBSTITUTION OF COUNSEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Based on the consent of the undersigned counsel, **IT IS HEREBY ORDERED** that G. Thomas Chase of McAngus, Goudelock & Courie, L.L.C., is hereby substituted for Beattie B. Ashmore of Beattie B. Ashmore, P.A., as attorney for Defendant Vanessa Laxgang, in the above-captioned matter.

**AND IT IS SO ORDERED**.

s/Bruce Howe Henricks
Bruce Howe Hendricks
United States District Judge

March 13, 2015

| | |
|---|---|
| WE CONSENT: | WE CONSENT: |
| BEATTIE B. ASHMORE, P.A. | MCANGUS, GOUDELOCK & COURIE, LLC |
| s/Beattie B. Ashmore | s/G. Thomas Chase |
| Beattie B. Ashmore | G. Thomas Chase, Fed. I.D. No. 7324 |
| 650 E Washington Street | Post Office Box 2980 |
| Greenville, South Carolina 29601 | 55 East Camperdown Way, Suite 300 |
| (864) 467-1001 | Greenville, South Carolina 29602 |
| | (864) 239-4000 |
| March 12, 2015 | March 12, 2015 |